```
                    FILED
             U.S. DISTRICT COURT
             DISTRICT OF MARYLAND

             2002 JUN 25  P 1: 05

                CLERK'S OFFICE
                AT BALTIMORE

             BY_____DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHELLE TRADING CORPORATION       *

    Plaintiff/Counter-Defendant   *

           vs.                     *       CIVIL ACTION NO. MJG-02-1868

RONY NATANZON                       *

    Defendant/Counter-Plaintiff    *

\*     \*     \*     \*     \*

RONY NATANZON, et al.               *

    Counter/Third-Party             *
      Plaintiffs
                           *

           vs.
                           *

MICHELLE TRADING CORPORATION,
 et al.                             *

    Counter/Third-Party             *
      Defendants
\*     \*     \*     \*     \*     \*     \*     \*     \*

## ORDER RE PRELIMINARY INJUNCTION HEARING

In accordance with the proceedings held in this matter on June 20, 2002:

    1.    The parties may undertake expedited discovery as to issues relating to the pending motion seeking receivership.

    2.    By July 8[1]:

          a.    The parties shall provide each other with a list of witnesses and exhibits to be

---

[1] All dates referred to herein are in the year 2002.



           presented at the hearing on the pending motion seeking receivership and provide copies of any exhibits that the adverse parties do not already have.

    b. Plaintiff shall file and provide to Chambers of the undersigned Judge and to Chambers of Judge Susan Souder of the Circuit Court for Baltimore County[2] any memorandum relating to receivership issues. Defendant may file and provide, as above, any responsive memorandum by Friday, July 12.

    c. Third-Party Defendants shall respond to the pending motion seeking remand. Any reply shall be provided by Friday[3], July 12.

3. The pending motion seeking receivership, including the presentation of evidence, shall be heard on Monday, July 15 commencing at 10:00 a.m. with an estimated duration of one day.

4. In view of the issues presented in the pending motion to remand and the desire to avoid possibly duplicative proceedings, the parties have agreed to the following:

    a. Judge Susan Souder of the Circuit Court for Baltimore County, the state judge to whom this case has been specially assigned, shall jointly preside over the July 15 hearing.

    b. Should the case be remanded by this Court or an appellate court, the proceedings of

---

[2] The document shall be received in Chambers by the close of business.

[3] A copy of the reply shall be sent, by fax, to the undersigned Judge at a number to be obtained from Chambers.

>   July 15 shall be deemed part of the record of proceedings in the state case[4].
>
> 5.  Pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure, the hearing shall be consolidated with, and be considered part of, any trial on the merits.
>
>     a.  This Order shall not, however, affect the jury trial rights of any party if a timely jury demand is made.

SO ORDERED this 21st day of June, 2002.

*/s/ Marvin J. Garbis*
Marvin J. Garbis
United States District Judge

---

[4] If the said proceeding is not considered a formal hearing in the Circuit Court for Baltimore County, Maryland the parties have agreed that the evidence there presented may be deemed to have been presented at a deposition which would be submitted to the said state court by agreement.