IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHELLE TRADING CORPORATION | * | |
| Plaintiff/Counter-Defendant | * | |
| v. | * | Civil Action No.: MJG-02-CV-1868 |
| RONY NATANZON | * | |
| Defendant/Counter/Third-Party-Plaintiffs | * | |

\* \* \* \* \* \* \* \*

| | |
|---|---|
| RONY NATANZON, et al. | * |
| Counter/Third-Party Plaintiffs | * |
| v. | * |
| MICHELLE TRADING CORPORATION, et al. | * |
| Counter/Third-Party Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## WITHDRAWAL OF MOTION TO REMAND

Defendants, Rony Natanzon and ERN, LLC, hereby withdraw their Motion to Remand this case to the Circuit Court for Baltimore County, Maryland.

Respectfully submitted,

*/s/ Paul Mark Sandler*

Paul Mark Sandler
Robert B. Levin
Eric R. Harlan

SHAPIRO SHER GUINOT & SANDLER
Suite 2000
36 South Charles Street
Baltimore, Maryland  21201-3147
Phone:  (410) 385-0202
Fax:  (410) 539-7611

Attorneys for Rony Natanzon

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 220 day of August, 2002, a copy of the foregoing Withdrawal of Motion To Remand was sent via facsimile and regular mail to:

> David B. Goldstein, Esquire
> Daneker, McIntire, Schumm, Prince,
>   Goldstein, Manning & Widmann, P.C.
> One N. Charles Street, Suite 2450
> Baltimore, Maryland 21201
> FAX: (410) 649-4758

_____
Robert B. Levin

Approved this 26th day of August, 2002.

_____
Marvin J. Garbis
United States District Judge