FILED
U.S. DISTRICT COURT
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
2002 DEC 10 *P 2: 41

**MICHELLE TRADING CORPORATION**
    **Plaintiff**

CLERK'S OFFICE
AT BALTIMORE

    **v.**
                                _____DEPUTY
                                         *

**RONY NATANZON**
                                         *

    **Defendant.**

\*    \*    \*    \*    \*    \*    \*    **\*  Civil Action No.: MJG-02-CV-1868**

**RONY NATANZON,**                               *
    **Individually and derivatively for the**
    **use and benefit of ERN, LLC;**              *
    **ERN Israel, Ltd.; ERN**
    **International, LLC; and**                *
    **Atideem, LLC**
                                       *

    **Counter-Plaintiff/Third-Party Plaintiff**
                                      *

    **v.**
                                        *

**MICHELLE TRADING CORPORATION, et al.**
                                      *

    **Counter-Defendant/**
    **Third-Party Defendants.**                 *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

    Plaintiff and Counter-Defendant, Michelle Trading Corporation ("Michelle"), and Third

Party Defendants, Samuel Buchbinder, Ken Morris, and Tracy Metzger, and Defendant and

Counter-Plaintiff Rony Natanzon, and Third Party Plaintiffs ERN, LLC, ERN Israel, Ltd., ERN

International, LLC, and Atideem, LLC, being all parties who have appeared in the action,

pursuant to Fed. R. Civ. P. 41(a)(1)(ii), by undersigned counsel, stipulate and agree that all

claims and causes of action asserted herein are dismissed with prejudice, each party to bear its

fees and costs.


SO ORDERED:

_____ 12/9/02

U.S. District Judge


AGREED:


_____
David B. Goldstein
Brooke Schumm, III
DANEKER, McINTIRE, SCHUMM, PRINCE,
 GOLDSTEIN, MANNING & WIDMANN, P.C.
One North Charles Street, Suite 24500
Baltimore, MD 21201
(410) 649-4755
Attorneys for Plaintiff, Counter-Defendant and Third Party Defendants


_____
Paul Mark Sandler,
Robert B. Levin
Shapiro, Sher, Guinot & Sandler
36 S. Charles St.
Baltimore, Maryland 21202
(410) 385-0202
Attorneys for Defendant, Counter-Plaintiff, and Third Party Plaintiffs


cc:
David B. Goldstein
Brooke Schumm, III
DANEKER, McINTIRE, SCHUMM, PRINCE,
 GOLDSTEIN, MANNING & WIDMANN, P.C.
One North Charles Street, Suite 24500
Baltimore, MD 21201

Paul Mark Sandler,

-2-

Robert B. Levin
Shapiro, Sher, Guinot & Sandler
36 S. Charles St.
Baltimore, Maryland 21202